# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. **NEATLY** print in ink (or type) your answers.]

"GENDER DYSPHORIA"
JCON    JCA# 71781
Mrs. EYE KEYLA M y CARRUTHERS Washington

[You are the **PLAINTIFF**, print your full name on this line.]

v.

Elkhart County Jail
ECCC - Administration
PATROleman
Deputy: Layman/Lehman

[The **DEFENDANT** is who you are suing. Put **ONE** name on this line. List **ALL** defendants below, including this one.]

3:23-cv-468

Case Number _____

[For a new case in this court, leave blank. The court will assign a case number.]

FILED
MAY 22 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is **VERY IMPORTANT** that you include it on **everything** you send to the court for this case. **DO NOT** send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Elkhart County Jail | 26861 CR26 Elkhart IN. 46517 |
| 2 | [Put the names of any other defendants in these boxes.] ECCC - Administration | 26861 CR26 Elkhart IN. 46517 |
| 3 | PATROleman OFC: 151 Layman/Lehman | 26841 CR26 Elkhart Ind. 46517 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant **in a separate box** as shown here.]

1. How many defendants are you suing? __3__
2. What is the name and address of your prison or jail? Elkhart County Jail - Address: 26861 CR26 Elkhart IN. 46517
3. Did the event you are suing about happen there? ● Yes. ○ No, it happened at: _____
4. On what date did this event occur? September 2021 - January 2022

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [The first paragraph has been numbered for you.] *physical harm rakes in back Dec. 28, 2022*

1) Racial Profiled, Discrimination, Defamed and "Hate Crime" 104 million Relief of United States of America Currency. The Elkhart County Correctional Complex — Elkhart County Jail (ECJ) has hired Deputy officers who's proven The HACK of: Deputy LT. Layman who's a Patrolman that's prejudice leaving a Contract of Service verifying this certificate for probable cause with support from Surveillance cameras of Elkhart County Jail (ECJ). September & October 2021 threw January 2022 Patrolman Deputy Layman Under law description and statements of grievance procedures Became a Record of factual evidence of Racial profile, discrimination, defamation, and targeting. Under law Equal Rights all persons with Jurisdiction of United States, shall impose and have the same Order of Facts & Rights In every state or territory to Be treated Fairly and Equally. LT. Layman has "Failure To Treat a Transgender (gender dysphoria) Equally. Under penalties for perjury the foregoing representation information is correct.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(#1) ~~Acted Propel~~ Up THE 1981 Act of Equal Rights

Underlaw:

A) Statements of Equal Rights All persons Within Jurisdiction of United States Shall, imposed And Have The Same Order of Facts of Rights In Every State or Territory To Make it MAKE Sense Allow me To Explain You Have To Enforce A Contract Underlaw. While Enforcing this Contract You Have To Be Persons To See, Be, Parties, with giving Evidence's To The Full of A Equal Benefit of Every Single Law while Imposing or Proceeding ERRAS.

THE 1981 ACT OF Civil Rights:

THE ACT OF 1981 Civil Rights has Reopened Today As Proceeding I Have Proof & Factual Evidence For Security of Persons & Property As is Enjoyed By White Citizen Black African American Citizen or Any Person Under Any So Called Race Shall Not Suffer or The Law Should Be A Subject To like or unlike Punishment, Pains, Suffering, Penalties, Taxes license & Exactions of Every Race or Any Kind Also Additionally Include Punishment, Pains, Penalties, Suffering, or Exactions of Every Kind "Race And To No Other Body As Humanity.

THE Act of 1981 of Civil Rights — Racial Profiled.—

2 prejudice & IT. Layman violates Rights Because of #1) Black african american.
#2) gender dysphoria
#3) physical harmed me By misuse of force, with put his knees into my Back of my knick like George Floyd's even

B) ENFORCEMENT:

Make law enforce, Jobs, Buisnesses and Organizations order a contract for purpose of every section the word or term like Enforce A clear proof of a clarity contract or contracts include the make of a performance for modification & termanation of the entirety contract to be imposed within law with the enjoyment of every single benefit and the law of the United States of America please take your time to highlight privileges even if it clearly termful with conditions of the contractual means of a relationship act of the 1981 Equal Rights Waiver.

C) Protection Against:

Impair or Impairment by Nongovernmental Requires the Rights Protected by the Same Section are the 1996 Rehabilitation Act. Better Known As Today the Discrimination - Sexual orientation, color, creed, and any statue that violates this waiver plus merits can be Raised To Began A 1981 Act For you or persons equal Rights within color of law is A Number 1 contract mostly Raised At this point Clearly A merit is best successful and any state Impairment plays a great part of Protection against any violation or color of State law Materiality some can be protected by Merits and law filed under the 1981 Equal Rights Waiver.

5. When did this event happen?
- ○ Before I was confined.
- ● While I was confined awaiting trial.
- ○ After I was convicted while confined serving the sentence.
- ○ Other: _____

6. Have you ever sued anyone for this exact same event?
- ● No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ○ No, this event is not grievable at this prison or jail.
- ● Yes, I filed a grievance and attached is a copy of the response from the final step.
- ○ Yes, this event was grievable, but I did not file a grievance because _____

_Internal affairs has copies of grievance procedures. ECCC Administration_

8. If you win this case, what do you want the court to order the defendant(s) to do?
[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

_14 million United States of American Currency for Lt. Layman TO TREAT ALL PERSONS Equally._

[Initial Each Statement]
- EMCW — I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- EMCW — I will keep a copy of this complaint for my records.
- EMCW — I will promptly notify the court of any change of address.
- EMCW — I WILL NOT send more than one copy of any filing to the court.
- EMCW — I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- EMCW — I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _9/18/20 21_ at _8_ (am)/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Signature: _Mrs. Eyekeyfa N/g. Carruthers Washington_

Prisoner Number: _A# 71781 / OCA# 12404_

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]