AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

**Antwan M Carruthers**
*"Gender Dysphoria" Icon Mrs. Eye Keyla My Carruthers Washington*
*also known as* Eye Keyla M Carruthers Washington
*also known as* Antwan M Carruthers Washington
  Plaintiff

            v.      Civil Action No. 3:23-cv-468

ELKHART COUNTY JAIL
ECCC, *Administration*
LAYMAN, *Patrolman Ofc: Patrolman Debuty also known as* Lehman
  Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____ recover from the defendant (*name*) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** Other:   This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Robert L. Miller, Jr.

DATE:  6/12/2023           CHANDA J. BERTA, CLERK OF COURT

                by   /s/ S. Kowalsky
                  *Signature of Clerk or Deputy Clerk*