AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

**Antwan M Carruthers**
*"Gender Dysphoria" Icon Mrs. Eye Keyla My Carruthers Washington*
*also known as* Eye Keyla M Carruthers Washington
*also known as* Antwan M Carruthers Washington
      Plaintiff

v.    Civil Action No. 3:23-cv-468

ELKHART COUNTY JAIL
ECCC, *Administration*
LAYMAN, *Patrolman Ofc: Patrolman Debuty also known as* Lehman
      Defendant(s)

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** Other:    This case is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by   Judge Robert L. Miller, Jr.

DATE:  6/20/2023    CHANDA J. BERTA, CLERK OF COURT

by    s/ N. Eddy
*Signature of Clerk or Deputy Clerk*